

RECEIVED
DEC 01 2023
PRO SE OFFICE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LAKIEA L. Robinson
_____
(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

-against-

Coca-Cola
_____
(full name(s) of the defendant(s)/respondent(s))

CV _____ ( ) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes   ☒ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes   ☒ No
   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☒ Yes   ☐ No
   If "yes," my employer's name and address are:
   CENTER FOR TRANSITIONAL LIVING
   6 EXECUTIVE DR. STE 120 FARMINGTON CT 06032
   Gross monthly pay or wages: APPROXIMATELY $2300.00

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment    ☒ Yes   ☐ No
   (b) Rent payments, interest, or dividends             ☐ Yes   ☐ No

SDNY Rev: 8/5/2015

(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability or worker's compensation payments ☐ Yes ☒ No
(e) Gifts or inheritances ☐ Yes ☒ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☐ Yes ☒ No
(g) Any other sources ☒ Yes ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

VEHicle ACCiDENt SEttleMENt $36,181.79 → COMpletely Spent
Gig WORKER $627.00

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?
CHECKiNG → NEGitive $6.00

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:
YES → VEHicle, SiNGle FAMily HomE

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:
HouSiNG → $1392.00   GAS → $220.00   CAble → $70.00   CEllulor phone → $200.00
Utilities → $85.00    VEHicle GAS → $220.00   WAter → $90.00   CAR INS → $90.00

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):
NoNE

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:


Declaration: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

12-1-2023
Dated

Signature: Lakiea L. Robinson

Robinson, Lakiea, L.
Name (Last, First, MI)                    Prison Identification # (if incarcerated)

230 Bear Paw Road    Bridgeport    CT    06606
Address              City          State  Zip Code

203-648-5026                        RayZEEM@icloud.com
Telephone Number                    E-mail Address (if available)

IFP Application, page 2

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 020 |
|----|------|------|-------|-----------|-----|
| 4D6 | 003004 | | | 00000480122 | 1 |

## Earnings Statement

**ADP**

CENTER FOR TRANSITIONAL LIVING
6 EXECUTIVE DR
STE 120
FARMINGTON, CT 06032-2853

Period Beginning: 11/10/2023
Period Ending: 11/23/2023
Pay Date: 11/30/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table,$10 Extra Withholding

LAKIEA ROBINSON
230 BEAR PAW ROAD
BRIDGEPORT CT 06606

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 66.00 | 1,188.00 | 13,050.75 |
| Mileage Rei | | | 46.50* | 95.75 |
| Sick | | | | 126.00 |
| Training Pa | | | | 45.00 |
| **Gross Pay** | | | **$1,234.50** | 13,317.50 |

### Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -18.56 | 260.36 |
| Social Security Tax | -73.66 | 819.75 |
| Medicare Tax | -17.23 | 191.72 |
| CT State Income Tax | -34.49 | 226.68 |
| CT Paid Family Leave Ins | -5.94 | 66.11 |

**Other**

| | | |
|---|---|---|
| IRA EE | -37.04* | 399.57 |

**Net Pay**  **$1,047.58**
CHECKING  -1,047.58
**Net Check**  **$0.00**

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 66.00 | |

### Important Notes
COMPANY PH#:(800) 285-1135

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
  CT:        Married
Exemptions/Allowances:
  CT:        Filing Status A

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,150.96

© 2000 ADP, Inc.

---

CENTER FOR TRANSITIONAL LIVING
6 EXECUTIVE DR
STE 120
FARMINGTON, CT 06032-2853

Advice number: 00000480122
Pay date: 11/30/2023

Deposited to the account of
LAKIEA ROBINSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxx7574 | xxxx xxxx | $1,047.58 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**