UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAKEIA L. ROBINSON,<br><br>         Plaintiff,<br><br>   -against-<br><br>COCA-COLA, et al.,<br><br>         Defendants. | 23cv10552 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the November 14, 2024, order, this action is dismissed. By order dated July 31, 2024, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint for failure to state a claim upon which relief may be granted. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed in forma pauperis (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED.

Dated: November 15, 2024
     New York, New York

                     /s/ Laura Taylor Swain
                     LAURA TAYLOR SWAIN
                 Chief United States District Judge